# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| MIRNA AZUCENA DE LA CRUZ-HIDALGO,<br><br>                 Petitioner,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                Respondents. | EDCV 20-00799 TJH<br><br>Temporary Restraining Order<br><br>and<br><br>Order to Show Cause |

    The Court has considered the application for a temporary restraining order seeking immediate release, filed in connection with a petition for a writ of *habeas corpus,* pursuant to 28 U.S.C. § 2241, challenging the conditions of confinement, by Petitioner Mirna Azucena De La Cruz-Hidalgo, together with the moving and opposing papers.

    Petitioner is, currently, detained at the Adelanto Detention Center ["Adelanto"], in San Bernardino County, which is within the Central District of California. Petitioner asserts that, in light of the COVID-19 pandemic, the conditions of her confinement are, now, unconstitutional. Petitioner is a civil detainee.

The Court incorporates by reference into this order the factual and legal grounds supporting emergency injunctive relief, namely, immediate release, set forth in the Court's orders issued in *Castillo v. Barr*, CV 20-00605-TJH (AFMx)(C.D. Cal. Mar. 27, 2020), ECF No. 32; and *Hernandez v. Wolf*, CV 20-60017-TJH (KSx)(C.D. Cal. Apr. 1, 2020), ECF No. 17.

Based on the incorporated factual and legal grounds, and the facts and arguments presented, here,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the application for a temporary restraining order be, and hereby is, 𝕲𝖗𝖆𝖓𝖙𝖊𝖉.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Respondents shall, by 5:00 p.m. on April 21, 2020, release Petitioner Mirna Azucena De La Cruz-Hidalgo from custody pending further order of this Court.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Petitioner shall not violate any federal, state or local laws after released from custody pursuant to this order.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Respondents shall show cause, if they have any, as to why the Court should not issue a preliminary injunction in this case. Respondents' response, if any, to this order to show cause shall be filed by Noon on April 28, 2020. Petitioner's reply, if any, to Respondents' response shall be filed by Noon on May 1, 2020. The matter will then stand submitted.

Date: April 20, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28